:2/19/2011

To THE OFFICE OF THE HONORABLE JUAN R. SANCHEZ,

From TAMBRA EVANS

RE CIVIL ACTION No 11-5318

**FFILED**

DEDEC 2 0 2011

MICHAEL E. KUNZ, Clerk
By Dep. Clerk

JUDGE SANCHEZ,

ON 11/10/2011 THERE WAS A CONFERENCE HELD IN YOUR COURT REGARDING THE CIVIL COMPLAINT LISTED ABOVE. AT THAT TIME YOU ALLOWED ME TO PARTICIPATE VIA PHONE, AND TO TERMINATE THE SERVICES OF THE ATTORNEY WHO FILED THE COMPLAINT.

I HAVE SINCE SPOKEN WITH A NEW FIRM WHOSE ATTORNEYS HAVE REVIEWED THE CASE AND FEEL THE PREVIOUS ATTORNEY, ELY KOLMAN, FILED THE CASE INAPPROPRIATELY.

I'M UNCERTAIN IF YOU WERE MADE AWARE OF THE CIRCUMSTANCES, BUT MR KOLMAN'S FIRM WAS HIRED 3+ YEARS AGO TO DEFEND ME IN AN UNEMPLOYMENT HEARING. AT THAT TIME HE SUGGESTED THERE MIGHT BE GROUNDS TO SUE MY FORMER EMPLOYER TO TRY TO RECOUP SOME OF THE MONIES I LOST AS A RESULT OF THEIR DECISION TO TERMINATE ME. I GAVE HIM THE INFORMATION HE REQUESTED AND WAS TOLD HE WOULD CONTACT ME

ONCE HE REVIEWED THE INFORMATION, I NEVER HEARD FROM HIM AGAIN, AND AFTER SEVERAL WEEKS OF ATTEMPTING TO CONTACT HIM WITH NO RESPONSE I CONCLUDED THERE WASN'T LEGAL GROUNDS FOR A CASE AND STOPPED LEAVING MESSAGES FOR HIM. I THOUGHT THE SITUATION WAS OVER.

THE DAY BEFORE YOUR CONFERENCE HIS OFFICE CALLED ME OUT OF THE BLUE REQUESTING A VAST AMOUNT OF MEDICAL, FINANCIAL AND EMPLOYMENT INFORMATION AND RECORDS WHICH I WAS NOT ABLE TO OBTAIN IN THAT TIMEFRAME. I HAD NO IDEA A SUIT HAD BEEN FILED, OR WHAT THE BASIS OF IT WAS — THUS MY DESIRE TO TERMINATE THAT FIRM FROM REPRESENTING ME SINCE THEY SEEMED TO FEEL THAT THEY STILL HAD MY PERMISSION TO BE DOING SO. I WAS UNDER THE IMPRESSION OUR INVOLVEMENT WITH HIS FIRM WAS OVER YEARS AGO.

AS PREVIOUSLY MENTIONED, THE NEW FIRM I HAVE SPOKEN WITH HAS GIVEN ME MORE INFORMATION ABOUT THE NATURE OF THIS SUIT AND HAVE OFFERED THE LEGAL OPINION THAT THE CLAIM WAS NOT FILED PROPERLY. HAD I KNOWN THE PREVIOUS ATTORNEY WAS MAKING THE DECISIONS HE DID AND FILING THIS CASE, AND IN THIS MANNER, I WOULD HAVE STOPPED HIM FROM DOING SO THEN.

I AM NOW REQUESTING THIS COMPLAINT BE DROPPED. I AM UNCERTAIN OF THE PROPER WAY

Case 5:11-cv-05318-JS   Document 15   Filed 12/20/11   Page 3 of 3

TO MAKE THIS REQUEST, BUT HOPE YOU WILL EITHER HONOR IT OR HAVE SOMEONE EXPLAIN TO ME THE PROPER METHOD FOR HAVING IT (THE CLAIM) DROPPED.

THANK YOU FOR YOUR TIME.

SINCERELY,

TAMBRA R. EVANS
3569 STATION AVE
CENTER VALLEY, PA 18034
610-282-1904